Mr. Presiding Justice Jett delivered the opinion of the court.

William F. Beckman, appellee, v. Brechter H. Alberts et al., appellants. Gen. No. 8,081.

 Heard in this court at the October term, 1929. Opinion filed August 4, 1930. Rehearing denied October 15, 1930.

Frank J. Burns and James T. Burns, for certain appellant. W. H. Dyer and John H. Beckers, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.